■ In the Matter of the METROPOLITAN HOTEL INDUSTRY STABILIZATION ASSOCIATION, INC., et al., Appellants, v NEW YORK CITY RENT GUIDELINES BOARD, Respondent. — Resettled order and judgment (one paper), Supreme Court, New York County (Burton Sherman, J.), entered on March 27, 1985, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Ross, Fein, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD WILLIAMS, Appellant. — Judgments, Supreme Court, New York County (Solomon Katz, J.), rendered on January 9, 1984, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Ross, Fein, Kassal and Ellerin, JJ.